# United States District Court

Southern **DISTRICT OF** California

08 JAN 10 PM 12:14

| In the Matter of the Search of |
|---|
| (Name, address or brief description of person or property to be searched) |
| Priority Mail Parcel #03071790000075227008 addressed to Anneta Smith 60 Kent Street Apt. FL 2 Hartford CT 06112. The parcel has the return address information of S. Smith 4648 Denwood Ave La Mesa, CA 91941. |

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0066

TO:     Kelly E. Cain, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Kelly E. Cain     who has reason to
                                                Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Priority Mail Parcel #03071790000075227008 addressed to Anneta Smith 60 Kent Street Apt. FL 2 Hartford CT 06112. The parcel has the return address information of S. Smith 4648 Denwood Ave La Mesa, CA 91941 which is in the custody of the U. S. Postal Inspection Service.

in the Southern                District of California                there is now
concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to     LOUISA'S PORTER
                                        U. S. Judge or Magistrate U.S. MAGISTRATE JUDGE
as required by law.

1/8/08  4:45 pm.                          at     San Diego, CA
Date and Time Issued                              City and State

LOUISA S. PORTER
U.S. MAGISTRATE JUDGE  U.S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED  1/8/08 | DATE AND TIME WARRANT EXECUTED  01/9/08 AT 9:45 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH  UNITED STATES POSTAL SERVICE |
| INVENTORY MADE IN THE PRESENCE OF  POSTAL INSPECTORS KELLY CAIN AND ANA FLORES |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

PRIORITY MAIL PARCEL #0307 1790 0000 7522 7008 WAS A BROWN CARDBOARD BOX WHICH CONTAINED: CARDBOARD LINING INSERTS, AN ADDITIONAL WHITE CARDBOARD BOX, PACKING PEANUTS, AND 8,710.2 GRAMS OF MARIJUANA WRAPPED IN MULTIPLE LAYERS OF CLEAR PLASTIC WRAP AND DRYER SHEETS.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Kelly E. C.

Subscribed, sworn to, and returned before me this date.

_[signature]_    1/10/08
U.S. Judge or Magistrate    Date